**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **FRANKENMUTH MUTUAL INSURANCE COMPANY,** Plaintiff, | § | |
| v. | § | Civil Action No. **3:23-cv-01440-L** |
| **RESERVE AT SHILOH JOINT VENTURE, J4 DEVELOPMENT, INC.; BBI REALTY, LLC; JEFFERY AUSBROOK; ALYSSA BETH AUSBROOK; JOHN C. DARBY; and NANCY MICHELLE DARBY,** Defendants. | § | |

**SUPPLEMENTAL ORDER**

On August 27, 2026, the court issued its Memorandum Opinion and Order granting Plaintiff Frankenmuth Mutual Insurance Company's Motion for Default Judgment. Doc. No. 24. A supplemental order is necessary because the court inadvertently failed to state that the Reserve at Shiloh Joint Venture; J4 Development, Inc.; and BBI Realty, LLC, ("Corporate Indemnitors") are held jointly and severally liable for $9,091,631.64. This is so because the language of the General Agreement of Indemnity makes it unequivocally clear that the Individual and Corporate Indemnitors are "jointly and severally obligated" to Plaintiff. Doc. No. 1-3.

A decision has been rendered, and the only remaining item is for a judgment to be issued, which will be issued next Friday. Thus, there is no further reason at this time to maintain this case as an open file for statistical purposes, and the court **determines** that it should be, and is hereby **administratively closed**. Accordingly, the United States District Clerk is **instructed** to submit JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this order shall be considered a dismissal or disposition of this case, and, should further proceedings in it become necessary or desirable, any party may file a motion to reopen the case to initiate such further proceedings, or the court may take such action *sua sponte*.

**It is so ordered** this 28th day of August, 2026.

Sam A. Lindsay
United States District Judge